AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| CARLOS PEREZ <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LORI HOOPER, SGT. BERNARD STEVENS, C.O. JOHN NORMAN, C.O. KYLE BROOKS, and RADIOLOGY TECHNICIAN TAMI LAROSE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   9:23-cv-1208 (GLS/DJS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sivin, Miller & Roche LLP
20 Vesey St., Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:   9/28/2023                          

s/Matthew Bartholomew
*Signature of Clerk or Deputy Clerk*

**Rider for Proposed Summons in a Civil Action**

- C.O. LORI HOOPER – c/o Riverview Correctional Facility, 1110 Tibbitts Drive, Ogdensburg, NY 13669

- SGT. BERNARD STEVENS c/o Riverview Correctional Facility, 1110 Tibbitts Drive, Ogdensburg, NY 13669

- C.O. JOHN NORMAN – c/o Riverview Correctional Facility, 1110 Tibbitts Drive, Ogdensburg, NY 13669

- C.O. KYLE BROOKS – c/o Riverview Correctional Facility, 1110 Tibbitts Drive, Ogdensburg, NY 13669

- RADIOLOGY TECHNICIAN TAMI LAROSE – 3783 County Route 24, Russell, NY 13684