

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2284

January 30, 2024

*Via ECF*

Hon. Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

    Re:    *Perez v. Hooper et al.*, 9:23-CV-1208 (GLS/DJS)

Dear Judge Stewart:

    Pursuant to the Court's Text Minute Entry dated January 3, 2024, Defendants hereby provide the Court with an update regarding the status of service on, and representation of, Defendant Tami Larose.

    Defense counsel was able to make contact with Ms. Larose and confirm service and representation. Therefore, this Office will represent Ms. Larose going forward. An answer on behalf of Ms. Larose will be filed in short order.

    Sincerely,

    *Matthew J. Gallagher*

    Matthew J. Gallagher
    Assistant Attorney General

Cc:    Ed Sivin, Esq.
    Sivin, Miller & Roche LLP
    *Attorneys for Plaintiff*
    20 Vesey Street
    Suite 1400
    New York, NY 10007
    *(via ECF)*