UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARLOS PEREZ,

|  |  |
|---|---|
| *Plaintiff,* | **NOTICE OF APPEARANCE** |
| -against- | 9:23-cv-1208 (GLS/DJS) |

C.O. LORI HOOPER, SGT. BERNARD STEVENS,
C.O. JOHN NORMAN, C.O. KYLE BROOKS,
and RADIOLOGY TECHNICIAN TAMI LAROSE,

*Defendants*.

**PLEASE TAKE NOTICE** that the undersigned, of counsel to Letitia James, Attorney General of the State of New York, whose address, email, and telephone number is as set forth below, appears in substitution of all prior counsel on behalf of Defendants, C.O. Lori Hooper, Sgt. Bernard Stevens, C.O. John Norman, and C.O. Kyle Brooks in this matter.

Dated: Albany, New York
       May 7, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

By:___s/ James D Taylor_____
James D. Taylor
Assistant Attorney General, Of Counsel
Bar Roll No. 7913051
The Capitol
Albany, New York 12224-0341
Telephone: (518) 776-2606
Email: James.Taylor@ag.ny.gov

**To**:   Edward Sivin, Esq.
       Sivin, Miller & Roche LLP
       *Attorneys for Plaintiff*
       (*Via ECF*)